[No. 1639-3.   Division Three.   January 17, 1977.]

DONALD G. JONES, ET AL, *Respondents*, v. HOWARD ASHBERGER, ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for Chelan County, No. 28960, Lawrence Leahy, J., entered July 14, 1975. *Affirmed* by unpublished opinion per Munson, J., concurred in by McInturff, C.J., and Green, J.

[No. 1682-3.   Division Three.   January 17, 1977.]

JOHN G. KONTE, *Appellant*, v. RICKY L. HASBROUCK, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Spokane County, No. 221070, Donald N. Olson, J., entered August 7, 1975. *Affirmed* by unpublished opinion per Munson, J., concurred in by McInturff, C.J., and Green, J.

[No. 1377-3.   Division Three.   January 17, 1977.]

THE STATE OF WASHINGTON, *Respondent*, v. FRANK DEL VECCHIO, *Appellant*.

Appeal from a judgment of the Superior Court for Okanogan County, No. 5991, B. E. Kohls, J., entered December 23, 1974. *Affirmed* by unpublished per curiam opinion.

[No. 2222-2.   Division Two.   January 19, 1977.]

THE STATE OF WASHINGTON, *Respondent*, v. MURPHEY F. HILL, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. C-2046, Robert J. Bryan, J., entered December 23, 1975. *Affirmed* by unpublished per curiam opinion.